CO-386
10/2018

# United States District Court
# For the District of Columbia

Project on Government Oversight, Inc.  )
)
)
)
Plaintiff  )    Civil Action No. 23-579
vs  )
U.S. Department of the Interior  )
)
)
Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Project on Government Oversight, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Project on Government Oversight, Inc. which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Anne Weismann*
Signature

298190
BAR IDENTIFICATION NO.

Anne L. Weismann
Print Name

5335 Wisconsin Ave., N.W., Suite 640
Address

Washington, D.C. 20015
City          State          Zip Code

301-717-6610
Phone Number